# Court of Appeals
# of the State of Georgia

ATLANTA,    July 03, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0433.  HARVEY GIBSON v. STATE OF GEORGIA.**

On June 14, 2012, Harvey Gibson filed an application for discretionary review to challenge the trial court's April 5, 2012, order denying his motion to suspend his sentence.

To be timely, however, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d). Because Gibson filed his application 70 days after the trial court entered its order, it is untimely.[1] Accordingly, we lack jurisdiction over the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/03/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*

---

[1] It appears that Gibson attempted to file his application on May 25, 2012, but it was returned for failure to include a certificate of service. Even if he had properly filed the application on that date, however, it would still be untimely.